*trice Rosenberg* for the United States.

No. 496. HEISER *v.* WOODRUFF ET AL. December 17, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Messrs. Leonard J. Meyberg* and *Rupert B. Turnbull* for petitioner. *Messrs. H. A. Ledbetter, Thos. W. Champion* and *Louis A. Fischl* for respondents.

No. 578. THOMAS PAPER STOCK CO. ET AL. *v.* BOWLES, PRICE ADMINISTRATOR. January 2, 1946. Petition for writ of certiorari to the United States Emergency Court of Appeals granted. *Messrs. Claude A. Roth* and *Jack H. Oppenheim* for petitioners. *Solicitor General McGrath* and *Mr. Richard H. Field* for respondent.

No. 603. FIRST IOWA HYDRO-ELECTRIC COOPERATIVE *v.* FEDERAL POWER COMMISSION ET AL. January 2, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Messrs. George B. Porter, Andrew G. Haley* and *John Connolly, Jr.* for petitioner. *Solicitor General McGrath, Messrs. Howard E. Wahrenbrock* and *Louis W. McKernan* for the Federal Power Commission, and *John M. Rankin,* Attorney General of Iowa, *Messrs. Neill Garrett* and *Horace L. Lohnes* for the State of Iowa, respondents.

No. 605. JACOB SIEGEL CO. *v.* FEDERAL TRADE COMMISSION. January 2, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted.